ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
BENJAMIN L. TOMPKINS (SBN PENDING / D.C. Bar No. 474906)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0015
    E-mail: benjamin.tompkins@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | EDCV14-1510 VAP(PJWx) |
|---|---|
| Petitioner, | Order to Show Cause |
| v. | |
| GARY O. BATCHELOR, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons[es]. *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L.Ed.2d 112 (1964); *see also Crystal v. United States*, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th Cir. 1997); *Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, *United States v. Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).

1

1    THEREFORE, IT IS ORDERED that Respondent appear before this District
2 Court of the United States for the Central District of California in Courtroom No. TWO,
3    ____    United States Courthouse
4        312 North Spring Street,
5        Los Angeles, California 90012
6
7    ____    Roybal Federal Building and United States Courthouse
8        255 E. Temple Street,
9        Los Angeles, California 90012
10
11    ____    Ronald Reagan Federal Building and United States Courthouse
12        411 West Fourth Street,
13        Santa Ana, California 92701
14
15    _X___    Brown Federal Building and United States Courthouse
16        3470 Twelfth Street, Riverside, California 92501
17
18    on October 2, 2014, at 1:30 p.m.
19    and show cause why the testimony and production of books, papers, records and
20 other data demanded in the subject Internal Revenue Service summons[es] should not be
21 compelled.
22    IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum
23 of Points and Authorities, and accompanying Declaration be served promptly upon
24 Respondent by any employee of the Internal Revenue Service or by the United States
25 Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing
26 documents at the Respondent's dwelling or usual place of abode with someone of
27 suitable age and discretion who resides there, or by certified mail.
28

2

1  IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 25th day of  July, 2014

_____

United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

    /s/
_____
BENJAMIN L. TOMPKINS
Assistant United States Attorney

Attorneys for Petitioner
UNITED STATES OF AMERICA